IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

EDDIE TAYLOR, JR
Reg #30186-044                                                          PETITIONER

VS.                                    2:15CV00068 JLH/JTR

C V RIVERA, Warden,
Warden, FCI Forrest City                                                RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the objections filed by Eddie Taylor. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the § 2241 Petition for a Writ of Habeas Corpus, along with Petitioner's Motion for Summary Judgment and Emergency Motion Demanding Immediate Release, are DISMISSED, WITH PREJUDICE. Documents #1, #24, and #30.

DATED this 29th day of October, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE