## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

EDDIE TAYLOR, JR.                                                                                     PETITIONER
REG. #30186-044

v.                                            No. 2:15CV00068 JLH/JTR

C.V. RIVERA, Warden,
FCI Forrest City                                                                                       RESPONDENT

### ORDER

Based on the financial information provided, Eddie Taylor, Jr.'s motion for leave to appeal *in forma pauperis* is GRANTED. Document #43.

IT IS SO ORDERED this 17th day of December, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE